# Richmond.

BURTON & CONQUEST V. COMMONWEALTH.

January 23, 1908.

1. This case is controlled by *Uzzle* v. *Commonwealth*, ante, p. 919.

Error to a judgment of the Circuit Court of Accomac county.

*Reversed.*

The opinion states the case.

*Thomas H. Willcox* and *J. L. Jeffries,* for the plaintiffs in error.

*Robert Catlett, Assistant to Attorney-General,* and *S. James Turlington,* for the commonwealth.

BUCHANAN, J., delivered the opinion of the court.

The first error assigned in this case is to the refusal of the trial court to order a change of venue for the trial of the plaintiffs in error, who were indicted for murder.

Upon the question of a change of venue, the facts of this case and that of *James D. Uzzle* v. *Commonwealth, ante,* p. 919, in which the opinion of the court has just been handed down, are, as was conceded in oral argument, substantially the same. In that case the court was of opinion that the trial court erred in not ordering a change of venue, and that its judgment must

therefore be reversed, the verdict set aside and the cause remanded for a new trial.

For the reasons stated in that opinion, without passing upon the other assignments of error, the judgment in this case must be reversed, the verdict set aside, a change of venue ordered, and the cause remanded for a new trial.

*Reversed.*